Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Howard Wayne Finch<br>Sharon Kay Finch | **Case Number:** | 08-05983-KML-13 |
| | | | **Chapter 13** |
| **Trustee:** | Henry Edward Hildebrand, III | **Judge:** | Keith M. Lundin |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 08/21/2012

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Nationstar Mortgage, LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxx4406 |

### 1. Pre-Petition Arrears - Court claim no. (if known): 2  (Docket Entry #50)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the prepetition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
   Amount of pre-petition arrears due at filing: 
   Amount received from the Chapter 13 Trustee 

   Pre-Petition arrears remaining due:

### 2. Post-Petition Amounts

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
   Post-petition amounts remaining due:          $1,922.68

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

Schedule of Amounts Outstanding

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| Description | Date Assessed | Assessed Amount | Amount Recovered | Amount Outstanding |
|---|---|---|---|---|
| **Hazard Insurance** | 08/05/2008 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 09/03/2008 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 10/03/2008 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 11/04/2008 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 12/02/2008 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 01/02/2009 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 02/02/2009 | $120.13 | $0.00 | $120.13 |
| **Hazard Insurance** | 03/12/2009 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 04/13/2009 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 05/12/2009 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 06/15/2009 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 07/10/2009 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 08/11/2009 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 09/09/2009 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 10/16/2009 | $120.17 | $0.00 | $120.17 |
| **Hazard Insurance** | 11/09/2009 | $120.17 | $0.00 | $120.17 |

**Amount Remaining Due:** $1,922.68

### 3. Sign Here

Print Name: Nickolaus Allan McLemore
Title: Authorized Agent for Nationstar Mortgage, LLC
Company: Brice, Vander Linden & Wernick, PC

/s/ Nickolaus Allan McLemore
Signature

Address and telephone number:

09/11/2012
Date

P. O. Box 829009
Dallas, TX 75382-9909

Telephone: (972) 643-6600      Email: NFCinquiries@nbsdefaultservices.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before September 11, 2012

**Debtor** *Via U.S. Mail*
Howard Wayne Finch
6516 Longview Drive
Murfreesboro, Tennessee 37129

Sharon Kay Finch
6516 Longview Drive
Murfreesboro Tennessee 37129

**Debtors' Attorney**
Nicholas K Burgett
Clark & Washington Pc
237 FRENCH LANDING DRIVE
NASHVILLE, TN  37228

**Chapter 13 Trustee**
Henry Edward Hildebrand, III
PO BOX 190664
NASHVILLE, Tennessee 37219-0664

**US Trustee**
E. Franklin Childress
701 Broadway, Ste. 318
Nashville, Tennessee  37203-3966

Respectfully Submitted,

/s/ Nickolaus Allan McLemore

FCN_COSDflt_01    1
5565-N-0080

Case 3:08-bk-05983    Doc 51    Filed 09/11/12    Entered 09/11/12 16:38:05    Desc Main
                    Document      Page 3 of 3