
**Keith M. Lundin**
**U.S. Bankruptcy Judge**
Dated: 10/19/12



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HOWARD WAYNE FINCH and ) | Bk. No. **08-05983-KL3-13** |
| SHARON KAY FINCH, ) | Chapter 13 |
| 6516 Longview Drive ) | Judge Keith M. Lundin |
| Murfreesboro, TN 37129 ) | |
| SSN: XXX-XX-1677  SSN: XXX-XX-9699 ) | |
| Debtor(s). ) | |

### ORDER FINDING MORTGAGE PAYMENTS TO NATIONSTAR MORTGAGE AS CURRENT AND ALL DEFAULTS CURED

This matter came to be heard on October 10, 2012 upon the Trustee's Notice of Final Cure Payment and request for an order declaring that the mortgage payments to Nationstar Mortgage had been paid current and that all defaults were cured. Nationstar requested a hearing on the Trustee's application. At the call of the docket, no one appeared on behalf of Nationstar. The Trustee was prepared to proceed. In light of the failure of Nationstar to appear at the hearing on the Trustee's application, the Court construes that the Trustee's application is no longer contested. It is therefore

ORDERED, the Court finds that the Trustee's payments to Nationstar Mortgage are current and that all defaults are cured and that the payments through the debtors' Chapter 13 plan have been paid through and including October, 2012 payment.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
Henry E. Hildebrand, III, Chapter 13 Trustee
P. O. Box 190664
Nashville, TN  37219-0664
615-244-1101; Fax 615-242-3241
pleadings@ch13nsh.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 18th day of October, 2012, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee
Nicholas K. Burgett, Clark & Washington, Counsel for Debtors

*By U. S. Postal Service, postage prepaid to:*

Howard W. and Sharon K. Finch, 6516 Longview Drive, Murfreesboro, TN 37129
Nicholas A. McLemore, Agent for Nationstar Mortgage, Brice Vander Linden & Wernick, P. O. Box 829009, Dallas, TX 75382-9909

/s/ Henry E. Hildebrand, III
Henry E. Hildebrand, III, Chapter 13 Trustee

This Order has Been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.