*Keith M. Lundin*
U.S. Bankruptcy Judge
Dated: 12/06/12



# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:

HOWARD WAYNE FINCH
SHARON KAY FINCH
6516 LONGVIEW DRIVE
MURFREESBORO, TN 37129
XXX-XX-1677 / XXX-XX-9699
Debtors.

CASE NO. 08-05983-KML

CHAPTER 13
JUDGE: LUNDIN

## AGREED ORDER CONCERNING POST-PETITION FEES AS TO NATIONSTAR MORTGAGE, LLC

TO THE HONORABLE, Keith M. Lundin, U.S. Bankruptcy Judge:

Upon the agreement of the parties, as evidenced by the signatures below, the objection to the Trustee's Notice of Final Cure filed by Nationstar Mortgage, LLC (hereinafter "Nationstar"), is resolved and the parties agree to the following:

IT IS HEREBY ORDERED that, the post-petition insurance advances totaling $1,922.68 included and itemized in the objection filed on September 11, 2012 to the Trustee's Notice of Final Cure will remain on the end of the loan.

IT IS FURTHER ORDERED that Nationstar agrees to these fees being paid outside of the bankruptcy case, that the Trustee will not make disbursements toward curing these fees, that these fees will survive any discharge under the pending, active bankruptcy case.

IT IS FURTHER ORDERED that the Trustee's Notice of Final Cure is recognized as current for purposes of case disbursement; however, the insurance advances outstanding on the loan totaling $1,922.68 will remain on the end of the loan.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

*/s/ Daniel R. Osborne*
Daniel R. Osborne, #29871
Attorney for Nationstar Mortgage, LLC
8 Cadillac Drive, Suite 120
Brentwood TN 37027
Tele: (615) 255-9388
Fax: 615 255-5581
dosborne@wilson-assoc.com


*/s/ Charles Caudill, signed with permission*
Charles Caudill, # 028618
Attorney for Debtors
237 French Landing Drive
Nashville, TN 37228
Tel: 615-251-9782
Fax: 615-251-8919
ccaudill@cw13.com

/s/Henry E Hildebrand, III

Digitally signed by /s/Henry E Hildebrand, III
DN: cn=/s/Henry E Hildebrand, III, o=Chapter 13 Trustee, ou=Henry E Hildebrand, III, email, c=US
Date: 2012.12.05 17:38:29 -06'00'

Henry E. Hildebrand, III
pleadings@ch13nsh.com
Chapter 13 Trustee
P. O. Box 190664
Nashville, TN 37219
615-244-1101
615-242-6593 fax

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.