# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

HOWARD WAYNE FINCH
SHARON KAY FINCH
6516 LONGVIEW DRIVE
MURFREESBORO, TN 37129

SSN XXX-XX-1677          SSN XXX-XX-9699

08-05983-KL3-13

JUDGE KEITH M LUNDIN

Date: 07/24/13

---

**THE DEADLINE FOR FILING A TIMELY RESPONSIVE STATEMENT IS 08/14/13.**

**IF A STATEMENT OPPOSING THE TRUSTEE'S NOTICE OR MOTION IS TIMELY FILED, THE HEARING DATE WILL BE: 09/04/13 AT 8:30 AM CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203.**

---

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT PURSUANT TO RULE 3002.1
## AND MOTION FOR AN ORDER DECLARING §1322(b)(5) CLAIM CURRENT AND DEFAULTS CURED

The Trustee has filed a Notice of Final Cure Payment pursuant to Rule 3002.1,, F .R.B.P. and has also filed a Motion for Order Declaring a §1322(b)(5) Claim Current and All Defaults Cured. A copy of the Notice and Motion is attached.

**YOUR RIGHTS MAY BE AFFECTED BY THE NOTICE AND MOTION.** You are required to file a Statement indicating whether you agree with the Trustee's Notice. If you do not agree with the Trustee's Notice of Final Cure Payment, then on or before 08/14/13, you or your attorney must file a statement as a supplement to the Proof of Claim as required under Rule 3002 .1(g) that you do not agree with the Trustee's notice. This statement must itemize any amounts that you contend remain unpaid or are not current as of the date of the statement . If you file a statement that you disagree with the Trustee's Notice of Final Cure Payment, the Trustee's Motion will be set for hearing . That hearing will be held on 09/04/13. This will be treated as an objection to the Trustee's Motion .

**PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. THE STATEMENT YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.** You must also mail a copy of your response or objection to:

HOWARD WAYNE FINCH & SHARON KAY FINCH 6516 LONGVIEW DRIVE, MURFREESBORO, TN 37129;

ATTORNEY FOR THE DEBTOR:

CLARK AND WASHINGTON PC 237 French Landing Dr, Nashville, TN 37228;

CHAPTER 13 TRUSTEE P O BOX 340019, NASHVILLE, TN 37203;

UNITED STATES TRUSTEE CUSTOMS HOUSE, ROOM 318, NASHVILLE TN 37203;

NATIONSTAR MORTGAGE P O BOX 829009, DALLAS, TX 75382-9009;

NATIONSTAR MORTGAGE 350 HIGHLAND DR, LEWISVILLE, TX 75067

NATIONSTAR MORTGAGE % WILSON & ASSOCIATES, 1521 MERRILL DR SUITE D-220, LITTLE ROCK, AR 72211;

NATIONSTAR MORTGAGE LLC, c/o CORPORATION SERVICE COMPANY, 2908 POSTON AVE, NASHVILLE, TN 37203;

If you file a statement that you do not agree with the Trustee's Notice before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE** . You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at <www .tnmb.uscourts.gov>.

If you do not file a statement as a supplement to the Proof of Claim that you DO NOT agree with the Trustee's Notice of Final Cure Payment, or you file a statement as a supplement to the Proof of Claim that you agree with the Trustee's Notice of Final Cure Payment, the Trustee will submit the attached Proposed Order for entry .

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
HOWARD WAYNE FINCH
SHARON KAY FINCH
6516 LONGVIEW DRIVE
MURFREESBORO, TN 37129
SSN XXX-XX-1677     SSN XXX-XX-9699

08-05983-KL3-13

JUDGE KEITH M LUNDIN

7/24/2013

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND

## MOTION FOR AN ORDER DECLARING §1322(b)(5) CLAIM CURRENT AND DEFAULTS CURED

Pursuant to Rule 3002.1(f) the Trustee has filed a Notice of Final Cure Payment and has requested an Order declaring that the §1322(b)(5) claim is current and all defaults have been cured.

NATIONSTAR MORTGAGE
350 HIGHLAND DR
LEWISVILLE, TX 75067

## FINAL CURE AMOUNT: (PREPETITION DEFAULT)

| | | | |
|---|---|---|---|
| Court Claim Number | 2 | Trustee's Claim Number | 5 |
| Account Number | xxxxxx4406 | | |
| Universal Claim Identifier | | | |
| Claim Asserted | $23,604.78 | | |
| Claim Allowed | $25,630.40 | | |
| Amount Paid By Trustee | $25,630.40 | | |

## MONTHLY ONGOING MORTGAGE PAYMENTS

The Trustee has made post-petition payments to the creditor ("conduit"). The Trustee's records demonstrate that all post-petition payments have been made through the payment for **July 2013**. Attached to this Notice and Motion, is an accounting of all payments made by the Trustee on the post-confirmation "conduit" payments. The totals are listed below:

| | | | |
|---|---|---|---|
| **Court's Claim Number** | 2 | **Trustee's Claim Number** | 4 |
| **Post Petition** | | | |
| **Date of Claim** | Jul 22, 2008 | | |
| **Date of 1st Payment** | September 30, 2008 for month Oct 2008 | | |
| **Post Confirmation Payments** | $58,742.98 | | |
| **Date of Last Payment** | Jun 30, 2013 for month Jul 2013 | | |

The trustee will continue to make ongoing mortgage payments for subsequent months pending the resolution of this matter.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a statement indicating 1) whether it agrees that the default has been cured and 2) whether consistent with §1322(b)(2), the post-confirmation payments are current. If applicable, the statement shall itemize any required cure or post-confirmation amounts that the creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the proof of claim.

This notice shall also constitute a motion by the Trustee for an order finding that the default has been cured and the post-confirmation payments are current.  If the creditor files a notice that it agrees that the default has been cured and it agrees that the post-confirmation payments have been paid, the Trustee will submit an order finding that the default has been cured and the post-confirmation payments are current.

If the creditor files a statement that it disagrees with the Trustee's Notice and Motion of Final Cure Payment, the Trustee shall submit an order where the Court shall fix a hearing, establishing date, time and location, as required pursuant to Rule 3002.1 (h).

Dated:7/24/2013

Respectfully Submitted By:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on HOWARD WAYNE FINCH & SHARON KAY FINCH, 6516 Longview Drive, Murfreesboro, TN  37129; and
NATIONSTAR MORTGAGE  350 HIGHLAND DR, LEWISVILLE, TX  75067
NATIONSTAR MORTGAGE  P O BOX 829009, DALLAS, TX  75382-9009;

NATIONSTAR MORTGAGE  % WILSON & ASSOCIATES, 1521 MERRILL DR SUITE D-220, LITTLE ROCK, AR  72211;
NATIONSTAR  MORTGAGE  LLC,  c/o  CORPORATION  SERVICE  COMPANY,  2908  POSTON  AVE,  NASHVILLE, TN 37203;


on 07/24/13 and electronically noticed to CLARK AND WASHINGTON PC,  and Ms Beth R Derrick, Assistant US Trustee,  pursuant to Court's ECF delivery.


/s/Henry E. Hildebrand, III

HENRY E. HILDEBRAND, III
Standing Chapter 13 Trustee

HOWARD WAYNE FINCH                                           08-05983-KL3-13
SHARON KAY FINCH

## PAYMENTS ON CONTINUING POST PETITION MORTGAGE OBLIGATION

| Date of Payment | Creditor Name | Check Number | Amount |
|---|---|---|---|
| 09/30/2008 | NATIONSTAR MORTGAGE | 2746406 | $1012.81 |
| 10/31/2008 | NATIONSTAR MORTGAGE | 2755313 | $1012.81 |
| 11/30/2008 | NATIONSTAR MORTGAGE | 2763815 | $1012.81 |
| 12/31/2008 | NATIONSTAR MORTGAGE | 2772770 | $1012.81 |
| 01/31/2009 | NATIONSTAR MORTGAGE | 2781692 | $1012.81 |
| 02/28/2009 | NATIONSTAR MORTGAGE | 2790348 | $1012.81 |
| 03/31/2009 | NATIONSTAR MORTGAGE | 2799378 | $1012.81 |
| 04/30/2009 | NATIONSTAR MORTGAGE | 2808398 | $1012.81 |
| 05/31/2009 | NATIONSTAR MORTGAGE | 2817286 | $1012.81 |
| 06/30/2009 | NATIONSTAR MORTGAGE | 2826401 | $1012.81 |
| 07/31/2009 | NATIONSTAR MORTGAGE | 2835600 | $1012.81 |
| 08/31/2009 | NATIONSTAR MORTGAGE | 2844669 | $1012.81 |
| 09/30/2009 | NATIONSTAR MORTGAGE | 2853745 | $1012.81 |
| 10/31/2009 | NATIONSTAR MORTGAGE | 2862823 | $1012.81 |
| 11/30/2009 | NATIONSTAR MORTGAGE | 2871991 | $1012.81 |
| 12/31/2009 | NATIONSTAR MORTGAGE | 2881420 | $1012.81 |
| 01/31/2010 | NATIONSTAR MORTGAGE | 2890555 | $1012.81 |
| 02/28/2010 | NATIONSTAR MORTGAGE | 2899712 | $2025.62 |
| 03/31/2010 | NATIONSTAR MORTGAGE | 2909346 | $1012.81 |
| 04/30/2010 | NATIONSTAR MORTGAGE | 2918860 | $1012.81 |
| 05/31/2010 | NATIONSTAR MORTGAGE | 2927996 | $1012.81 |
| 06/30/2010 | NATIONSTAR MORTGAGE | 2937450 | $1012.81 |
| 07/31/2010 | NATIONSTAR MORTGAGE | 2946615 | $1012.81 |
| 08/31/2010 | NATIONSTAR MORTGAGE | 2956156 | $1012.81 |
| 09/30/2010 | NATIONSTAR MORTGAGE | 2965530 | $1012.81 |
| 10/31/2010 | NATIONSTAR MORTGAGE | 2974771 | $1012.81 |
| 11/30/2010 | NATIONSTAR MORTGAGE | 2984067 | $1012.81 |
| 12/31/2010 | NATIONSTAR MORTGAGE | 2993316 | $1012.81 |
| 01/31/2011 | NATIONSTAR MORTGAGE | 3002437 | $1012.81 |
| 03/31/2011 | NATIONSTAR MORTGAGE | 3020809 | $2025.62 |
| 04/30/2011 | NATIONSTAR MORTGAGE | 3030054 | $1012.81 |
| 05/31/2011 | NATIONSTAR MORTGAGE | 3039540 | $1012.81 |
| 06/30/2011 | NATIONSTAR MORTGAGE | 3049026 | $1012.81 |
| 07/31/2011 | NATIONSTAR MORTGAGE | 3058452 | $1012.81 |
| 08/31/2011 | NATIONSTAR MORTGAGE | 3068116 | $1012.81 |
| 09/30/2011 | NATIONSTAR MORTGAGE | 3077742 | $1012.81 |
| 10/31/2011 | NATIONSTAR MORTGAGE | 3087471 | $1012.81 |
| 11/30/2011 | NATIONSTAR MORTGAGE | 3096973 | $1012.81 |
| 12/31/2011 | NATIONSTAR MORTGAGE | 3106596 | $1012.81 |
| 01/31/2012 | NATIONSTAR MORTGAGE | 3116379 | $1012.81 |
| 02/29/2012 | NATIONSTAR MORTGAGE | 3126050 | $1012.81 |
| 03/31/2012 | NATIONSTAR MORTGAGE | 3135851 | $1012.81 |
| 04/30/2012 | NATIONSTAR MORTGAGE | 3145813 | $1012.81 |
| 05/31/2012 | NATIONSTAR MORTGAGE | 3155680 | $1012.81 |
| 06/30/2012 | NATIONSTAR MORTGAGE | 3165632 | $1012.81 |

| | | | |
|---|---|---|---|
| 07/31/2012 | NATIONSTAR MORTGAGE | 3175233 | $1012.81 |
| 08/31/2012 | NATIONSTAR MORTGAGE | 3185007 | $1012.81 |
| 09/30/2012 | NATIONSTAR MORTGAGE | 3194473 | $1012.81 |
| 10/31/2012 | NATIONSTAR MORTGAGE | 3204372 | $1012.81 |
| 11/30/2012 | NATIONSTAR MORTGAGE | 3214061 | $1012.81 |
| 12/31/2012 | NATIONSTAR MORTGAGE | 3223801 | $1012.81 |
| 01/31/2013 | NATIONSTAR MORTGAGE | 3233499 | $1012.81 |
| 02/28/2013 | NATIONSTAR MORTGAGE | 3242963 | $1012.81 |
| 03/31/2013 | NATIONSTAR MORTGAGE | 3254103 | $1012.81 |
| 04/30/2013 | NATIONSTAR MORTGAGE | 3264286 | $1012.81 |
| 05/31/2013 | NATIONSTAR MORTGAGE | 3273954 | $1012.81 |
| 06/30/2013 | NATIONSTAR MORTGAGE | 3283554 | $1012.81 |

Total of Continuing Payments    $58742.98

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

HOWARD WAYNE FINCH
SHARON KAY FINCH
6516 LONGVIEW DRIVE
MURFREESBORO, TN 37129
SSN XXX-XX-1677      SSN XXX-XX-9699

CASE 08-05983-KL3-13

## ORDER ESTABLISHING THAT PRECONFIRMATION DEFAULT HAS BEEN CURED AND THAT LONG TERM DEBT TREATED PER §1322(b)(5) IS CURRENT AFTER STATEMENT OF AGREEMENT OR NO RESPONSE

      It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has  filed a Notice of Final Cure Payment and has filed a motion requesting an order of the Court finding that the Notice of Final Cure Payment is accurate, the long term debt is current and all defaults have been cured; and that notice of the Trustee's request and an accounting of payments  made by the Trustee was mailed to the debtor, debtor (s') counsel and the below listed creditors and that either no objection to the Trustee's request was raised, or a Statement was filed agreeing with the Trustee's Notice of Final Cure, it is

      **ORDERED**, that the  §1322(b)(5) claim listed below shall be deemed current and that all defaults in the claim (s) shall be deemed cured:

> **NATIONSTAR MORTGAGE**
> **350 HIGHLAND DR**
> **LEWISVILLE, TX  75067**

## FINAL CURE AMOUNT: (PREPETITION DEFAULT)

| Court Claim Number | 2 | Trustee's Claim Number | 5 |
|---|---|---|---|
| Account Number | xxxxxxx4406 | | |
| Universal Claim Identifier | | | |
| Claim Asserted | $23,604.78 | | |
| Claim Allowed | $25,630.40 | | |
| Amount Paid By Trustee | $25,630.40 | | |

## MONTHLY ONGOING MORTGAGE PAYMENTS

The Trustee has made post-petition payments to the creditor ("conduit"). The Trustee's records demonstrate that all post-petition payments have been made through the payment for **July 2013**. Attached to this Notice and Motion, is an accounting of all payments made by the Trustee on the post-confirmation "conduit" payments. The totals are listed below:

**Court's Claim Number**    **2**                                    **Trustee's Claim Number**    **4**

**Post Petition**

| | |
|---|---|
| **Date of Claim** | **Jul 22, 2008** |
| **Date of 1st Payment** | **September 30, 2008 for month Oct 2008** |
| **Post Confirmation Payments** | **$58,742.98** |
| **Date of Last Payment** | **Jun 30, 2013 for month Jul 2013** |

The trustee will continue to make ongoing mortgage payments for subsequent months pending the resolution of this matter.

**ORDERED**, That this declaration that the long term obligation is current is made as of this date: **July 2013**

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED BY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com