

**Keith M. Lundin**
**U.S. Bankruptcy Judge**
Dated: 8/22/2013



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

HOWARD WAYNE FINCH
SHARON KAY FINCH
6516 LONGVIEW DRIVE
MURFREESBORO, TN 37129
SSN XXX-XX-1677      SSN XXX-XX-9699

CASE 08-05983-KL3-13

### ORDER ESTABLISHING THAT PRECONFIRMATION DEFAULT HAS BEEN CURED AND THAT LONG TERM DEBT TREATED PER §1322(b)(5) IS CURRENT AFTER STATEMENT OF AGREEMENT OR NO RESPONSE

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has  filed a Notice of Final Cure Payment and has filed a motion requesting an order of the Court finding that the Notice of Final Cure Payment is accurate, the long term debt is current and all defaults have been cured; and that notice of the Trustee's request and an accounting of payments  made by the Trustee was mailed to the debtor, debtor (s') counsel and the below listed creditors and that either no objection to the Trustee's request was raised, or a Statement was filed agreeing with the Trustee's Notice of Final Cure, it is

**ORDERED**, that the  §1322(b)(5) claim listed below shall be deemed current and that all defaults in the claim (s) shall be deemed cured:

        **NATIONSTAR MORTGAGE**
        **350 HIGHLAND DR**
        **LEWISVILLE, TX  75067**

### FINAL CURE AMOUNT: (PREPETITION DEFAULT)

| Court Claim Number | 2 | Trustee's Claim Number | 5 |
|---|---|---|---|
| Account Number | xxxxxxx4406 | | |
| Universal Claim Identifier | | | |
| Claim Asserted | $23,604.78 | | |
| Claim Allowed | $25,630.40 | | |
| Amount Paid By Trustee | $25,630.40 | | |

## MONTHLY ONGOING MORTGAGE PAYMENTS

The Trustee has made post-petition payments to the creditor ("conduit").  The Trustee's records demonstrate that all post-petition payments have been made through the payment for **August 2013**.  Attached to this Notice and Motion, is an accounting of all payments made by the Trustee on the post-confirmation "conduit" payments.  The totals are listed below:

**Court's Claim Number**          **2**                              **Trustee's Number**          **4**

**Post Petition**

**Date of Claim**                              Jul 22, 2008
**Date of 1st Payment**                    **September 30, 2008 for month Oct 2008**
**Post Confirmation Payments**          $58,742.98
**Date of Last Payment**                   **June 30, 2013  for month Jul 2013**

The trustee will continue to make ongoing mortgage payments for subsequent months pending the resolution of this matter.

**ORDERED**, That this declaration that the long term obligation is current is made as of this date:  **July 2013**

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED BY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.