*Keith M. Lundin*
**Keith M. Lundin**
**U.S. Bankruptcy Judge**
Dated: 9/6/2013



KM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

NO FILE

IN RE:
   HOWARD WAYNE FINCH
   SHARON KAY FINCH
   6516 LONGVIEW DRIVE
   MURFREESBORO, TN  37129

CHAPTER 13
CASE NO. 08-05983-KL3-13
JUDGE KEITH M LUNDIN
Dated: 09/05/2013

SSN XXX-XX-1677    SSN XXX-XX-9699

### ORDER RELEASING DEBTOR/EMPLOYER
### FROM ORDER TO FUND PLAN

   In accordance with the order of confirmation the employer of the above-named debtor has transmitted regularly to the trustee a portion of the debtor's wages.

   Based upon the certification of the Trustee, as indicated by the Trustee's electronic signature below, the Trustee has advised the Court that sufficient monies have now been deposited with the Trustee to fully discharge all of the costs, expenses, fees, and claims that have been allowed against the debtor by the court.

   The Court, therefore, finds that the above named debtor has completed making payments as required under the Chapter 13 Plan,

   It is ORDERED that **SQUARE D CO**, the debtor's employer, no longer withhold any money from the debtor's earnings to be paid to the trustee.

   It is further ORDERED that the employer refund to the debtor any money which he may now have on hand as a result of such withholdings.

DEBTOR(S) SOURCE OF INCOME:

SQUARE D CO
ATTN PAYROLL
1415 SOUTH ROSELLE RD
PALATINE, IL  60067

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED:

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
pleadings@ch13nsh.com
615-244-1101

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.