# CERTIFICATE OF SERVICE

**Case number: 0805983**

The following entities were served by 1st Class Mail.

**HOWARD WAYNE FINCH and SHARON KAY FINCH  6516 LONGVIEW DRIVE MURFREESBORO, TN  37129**

ATTY:  CLARK AND WASHINGTON PC  237 FRENCH LANDING DR NASHVILLE, TN  37228

ASPEN MASTERCARD  % BARRY J GAMMONS 209 10TH AVE S STE 525 NASHVILLE, TN  37203

THE IMAGING CTR OF MURFREESBORO  % COMPUTER CREDIT SVC CO 5340 N CLARK ST CHICAGO, IL  60640

THE HARTFORD  % LAMONT HANLEY & ASSOC INC 1128 ELM ST P O BOX 179 MANCHESTER, NH  03101

NATIONSTAR  % MOSS CODILIS LLP 6560 GREENWOOD PLAZA BLVD STE 100 ENGLEWOOD, CO  80111

STONECREST MEDICAL CENTER  % NCO FINANCIAL SYSTEMS 140 SPRINT DR BLOUNTVILLE, TN  37617

NASHVILLE ANESTHESIA SERV  % PAS P O BOX 24850 NASHVILLE, TN  37202

FIRST PREMIER BANK  % PREMIER BANKCARD/CHARTER P O BOX 2208 VACAVILLE, CA  95696

TRIBUTE MASTERCARD  % RIDDLE & ASSOCIATES P O BOX 1187 SANDY, UT  84091

NATIONSTAR MORTGAGE  % WILSON & ASSOCIATES 1521 MERRILL DR SUITE D-220 LITTLE ROCK, AR  72211

CONTINENTAL FINANCE COMPANY LLC  121 CONTINENTAL DR STE 108 NEWARK, DE  19713

CLARK AND WASHINGTON PC  237 FRENCH LANDING DR NASHVILLE, TN  37228

COMPLETE CREDIT SOLUTIONS  2921 BROWN TRAIL #100 BEDFORD, TX  76021

NATIONSTAR MORTGAGE  350 HIGHLAND DR LEWISVILLE, TX  75067

KOSMAS RESORT GROUP  ATTN FINANCIAL OPERATIONS 920 3RD AVE NEW SMYRNA BEACH, FL  32169

SALUTE PAYMENT PROCESSING  P O BOX 11800 NEWARK, NJ  07101

ASPEN MASTERCARD  P O BOX 11801 NEWARK, NJ  07101

PORTFOLIO RECOVERY  P O BOX 12914 NORFOLK, VA  23541

RUTHERFORD COUNTY TRUSTEE  P O BOX 1316 MURFREESBORO, TN  37133

FINGERHUT  P O BOX 166 NEWARK, NJ  07101

NATIONSTAR MORTGAGE  P O BOX 199400 DALLAS, TX  75219

LEGACY VISA  P O BOX 2677 OMAHA, NE  68103

BECKET AND LEE LLP  P O BOX 3001 MALVERN, PA  19355

CONTINENTAL FINANCE  P O BOX 30311 TAMPA, FL  33630

ECAST SET

PORTFOLIO RECOVERY ASSOCIATES LLC  P O BOX 41067 NORFOLK, VA  23541

FIRST PREMIER BANK  P O BOX 5147 SIOUX FALLS, SD  57117

HSBC CARD SVCS  P O BOX 5222 CAROL STREAM, IL  60197

FIRST PREMIER BANK  P O BOX 5519 SIOUX FALLS, SD  57117

CREDIT ONE BANK  P O BOX 60500 CITY OF INDUSTRY, CA  91716

WASHINGTON MUTUAL CARD  P O BOX 660487 DALLAS, TX  75266

STONECREST MEDICAL CENTER  P O BOX 740757 CINCINNATI, OH  45274

DIRECTV  P O BOX 78626 PHOENIX, AZ  85062

JEFFERSON CAPITAL SYSTEMS LLC  P O BOX 7999 SAINT CLOUD, MN  56302

NATIONSTAR MORTGAGE  P O BOX 829009 DALLAS, TX  75382-9009

PLAINS COMMERCE BANK  P O BOX 90340 SIOUS FALLS, SD  57109

PLAINS COMMERCE BANK  P O BOX 91510 SIOUX FALLS, SD  57109

JEFFERSON CAPITAL SYSTEMS  P O BOX 953185 ST LOUIS, MO  63195

LVNV FUNDING LLC  RESURGENT CAPITAL SERVICES P O BOX 10587 GREENVILLE, SC  29603

TED BATEY  RUTHERFORD CO TRUSTEE P O BOX 1316 MURFREESBORO, TN  37133

**I declare under the penalty of perjury that I have served theChapter 13 Trustee's Final Report on the above listed entities, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

                                                         **Signature:**     **/s/ Henry E Hildebrand, III**

**Date: Jan 06, 2014**                                                        **Chapter 13 Trustee**